1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LINDSAY KATHLEEN ZANDER,              No.  2:20-cv-1547-EFB

12              Plaintiff,

13       v.                               ORDER TO SHOW CAUSE

14  ANDREW SAUL, Commissioner of Social
    Security,
15
                Defendant.
16

17

18       Plaintiff, who is represented by counsel, commenced this action in the United States

19  District Court for the Central District of California.  Because plaintiff resides in Vallejo,

20  California—which is within the jurisdictional boundaries of the Eastern District of California—

21  the case was transferred to this district.  ECF No. 11; *see* 42 U.S.C. § 405(g) (an individual may

22  obtain review of a final decision of the Commissioner by filing a civil action in the district court

23  for the judicial district in which the plaintiff resides).  However, plaintiff's attorney, Kamaria

24  Davis, is not admitted to practice in the Eastern District.

25       Accordingly, on August 3, 2020, the clerk issued a notice directing counsel to submit a

26  Petition to Practice in the Eastern District and sent counsel a copy of the form she needed to

27  complete.  ECF No. 13.  More than three weeks have passed, and counsel has yet to take the

28  necessary steps to gain admission to this district.  Accordingly, counsel is ordered to show cause

1

1   why sanctions—including striking the complaint and all other documents signed and filed by

2   counsel—should not be imposed for counsel's failure to comply with the clerk's notice to gain

3   admission to practice in this district.  *See* E.D. Cal. L.R. 135(g) & 180(f) ("All attorneys who

4   wish to file documents in the Eastern District of California must be admitted to practice or

5   admitted to appear pro hac vice."); *see also* E.D. Cal. L.R. 180(d) ("The court may order any

6   person who practices before it in violation of this Rule to pay an appropriate penalty . . . .").

7            Accordingly, it is hereby ORDERED that:

8        1.  Plaintiff's counsel show cause, in writing, no later than September 9, 2020, why

9   sanctions should not be imposed for failure to comply with the clerk's August 3, 2020 notice.

10       2.  Failure to comply with this order will result in a recommendation that the complaint be

11   stricken and the clerk be directed to close the case.

12   DATED:  August 26, 2020.

14                                EDMUND F. BRENNAN
15                                UNITED STATES MAGISTRATE JUDGE

2